IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANCHOR BANK, N.A., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>THE HOME DEPOT, INC.,<br><br>　　　　Defendant. | Case No.:  1:14-cv-03333-TCB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH OUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Anchor Bank, NA hereby voluntarily dismisses this action without prejudice.

Respectfully submitted this 19th day of February, 2015.

　　　　　　　　　　　　　　　　**DOFFERMYRE, SHIELDS,**
　　　　　　　　　　　　　　　　**CANFIELD & KNOWLES, LLC**

　　　　　　　　　　　　　　　　By: /s/ Kenneth S. Canfield
　　　　　　　　　　　　　　　　Kenneth S. Canfield
　　　　　　　　　　　　　　　　Georgia Bar No. 107744
　　　　　　　　　　　　　　　　Everette L. Doffermyre
　　　　　　　　　　　　　　　　Georgia Bar No. 224750
　　　　　　　　　　　　　　　　1355 Peachtree St., NE, Suite 1600
　　　　　　　　　　　　　　　　Atlanta, GA 30309

106083

Telephone: (404) 881-8900
Facsimile: (404) 881-3017
kcanfield@dsckd.com
edoffermyre@dsckd.com


**HEINS MILLS & OLSON P.L.C.**
Vincent J. Esades
David R. Woodward
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
vesades@heinsmills.com
dwoodward@heinsmills.com


**MORRISON SUND PLLC**
Brian M. Sund
Jackson D. Bigham
5125 County Road 101, #200
Minnetonka, MN 55345
Telephone: (952) 975-0050
Facsimile: (952) 975-0058
bsund@morrisonsund.com
jbigham@morrisonsund.com

*Counsel for Plaintiffs*

2

106083

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2014, a true and correct copy of the foregoing **Notice of Dismissal with Prejudice** was served with the Clerk of Court, using the CM/ECF system, which will e-serve counsel of record as follows:

>Cari K. Dawson – cari-dawson@alston.com
>James Charles Grant – jim.grant@alston.com
>Kristine McAlister Brown – Kristy.brown@alston.com

/s/ Kenneth S. Canfield
Kenneth S. Canfield

106083